55 A.3d 1051

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James HARDING, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2012, the Application for Relief and the Petition for Allowance of Appeal are **DENIED.**